NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-701

STATE OF LOUISIANA

VERSUS

ROBERT GUIDRY

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. CR2002-2406
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE

**********

NED E. DOUCET,  JR.
CHIEF JUDGE
**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED AND REMANDED.

Hon. Douglas L. Hebert, Jr., District Attorney
Joe Green, Asst. District Attorney
P. O. Drawer 839
Oberlin, LA 70655
Counsel for Appellee:
    State of Louisiana

Christopher A. Aberle
Louisiana Appellate Project
23146 Nelita St.
Mandeville, LA 70471
Counsel for Defendant/Appellant:
    Robert Guidry